**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| Z-DIMENSIONAL, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>    Defendant. | CONSOLIDATED LEAD<br>CIVIL ACTION NO. 2:13-CV-1149<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The Court, having considered Plaintiff Z-Dimensional, LLC and Defendant Mercedes-Benz USA, LLC's Stipulated Motion for Dismissal with Prejudice, and having found good cause for the relief requested therein, hereby GRANTS the Motion for Dismissal.

IT IS ORDERED THAT:

All claims and counterclaims brought by Plaintiff Z-Dimensional, LLC and Defendant Mercedes-Benz USA, LLC in this action are dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

**So ORDERED and SIGNED this 30th day of December, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE