# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Z-DIMENSIONAL, LLC,<br>    Plaintiff,<br><br>    v.<br><br>LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br>    Defendant. | CONSOLIDATED LEAD<br>CIVIL ACTION NO. 2:13-CV-1149<br><br>MEMBER ACTION NO. 2:14-CV-76<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Court, having considered Plaintiff Z-Dimensional, LLC and Defendant LG Electronics Mobilecomm U.S.A., Inc.'s Stipulated Motion for Dismissal with Prejudice, and having found good cause for the relief requested therein, hereby GRANTS the Motion for Dismissal"*F m0P q0: 3+.

IT IS ORDERED THAT:

All claims and counterclaims brought by Plaintiff Z-Dimensional, LLC and Defendant LG Electronics Mobilecomm U.S.A., Inc. in this action (2:14-cv-0076) are dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

**So ORDERED and SIGNED this 30th day of December, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE